FELICE JOHN VITI, Acting United States Attorney (#7007)
PETER REICHMAN, Special Assistant United States Attorney (#15241)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 380-4678
Email: peterr@utahcounty.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| In the matter of the application for authorization to search one (1) United States Postal Service (USPS) Priority Mail Parcel Tracking No. **9505515202975063913315** more fully described in Attachment A | Case No.: 2:25mj224 JCB<br><br>APPLICATION IN SUPPORT OF APPLICATION FOR SEARCH WARRANT<br><br>The Honorable Jared C. Bennett<br>United States Magistrate Judge |

### AFFIDAVIT

I, Solomon Ettinger, being duly sworn, hereby depose and say:

1.      Your affiant, USPIS Task Force Officer Solomon Ettinger, is a POST certified and sworn peace officer in the state of Utah, since 2017. I am currently assigned as a Detective with the Utah County Major Crimes Task Force, and a Task Force Officer with the United States Postal Inspection Service. I specialize in narcotics investigations. Along with my POST certification, I successfully completed a Field Training Officer program, and am a member of the SWAT team. I have experience investigating crimes such as Theft, Criminal Mischief, DUI, Fraud, Domestic Violence, and other Utah Criminal Code violations. I have training and experience in the identification of drugs as well as their methods of use and distribution. Your affiant has training and experience in

1

identifying signs of impairment related to drugs and alcohol. I have experience in search warrants related to suspects using and/or distributing illegal substances and executing them as a member of the Provo Police Department and Utah County Major Crimes Task Force. As a result of my training and experience, I am familiar with methods employed by individuals engaged in various illegal activities, including, production, transportation, distribution, and use of illegal substances.

2. I am currently assigned to investigate a variety of federal violations to include controlled substances being transported via the United States Mails. As part of my duties as a Postal Inspector Task Force Officer, I investigate crimes involving the United States Mail including Title 18, United States Code, Section 1716, Nonmailable Matter, Title 21, United States Code, Sections 841(a)(1), Possession with Intent to Distribute a Controlled Substance, 843(b), Unlawful use of a Communication Facility to Facilitate the Distribution of a Controlled Substance, and Title 18 United States Code, Section 1956, Laundering of monetary instruments. The facts and information contained in this affidavit have been obtained by me personally or provided to me by other law enforcement officers and postal employees. Since this affidavit is being submitted for the limited purpose of securing a search warrant from the court, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the search warrant.

3. Based on my training and experience, I am aware that the United States Postal Service mail system is frequently used to transport illicitly used drugs, including controlled substances, and money associated with drug trafficking and other illicit activities to areas throughout the United States. I also know that many subjects prefer mail/delivery services such as Priority Mail because of the reliability and the ability to

track the article's progress to the intended delivery point. The fast delivery time with Priority Mail is a big draw for senders of illicit money and drug parcels to get the items delivered in the least amount of time possible to avoid detection by law enforcement. Priority Mail is usually delivered within 1-3 days, which is a big draw for drug traffickers to get the product in their buyer's hands. USPS processes millions of Priority Mail parcels which is a draw to drug traffickers since their drug parcel will be mixed in with such a high volume of other parcels. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she often becomes suspicious of any delayed attempt to deliver the item and may decline the parcel in fear that law enforcement is monitoring the delivery.

    4.    Based on my training and experience regarding the use of Priority Mail for the transportation of controlled substances and illicit proceeds through the U.S. Mail, I know these types of mailings often bear the following characteristics:

    a. Fictitious names, alternate addresses, or incomplete names and/or addresses in an attempt to conceal their identity from law enforcement, most often by the sender of the parcel.

    b. Cash payment for shipping to avoid detection by law enforcement.

    c. Drug traffickers often tape every seam of a parcel in order to mask the smell of illegal drugs.

    5.    Based on my training and experience, I know drug traffickers and their associates will often use fictitious names or incomplete names and/or addresses in an attempt to conceal their identity from law enforcement. Address verifications are conducted, and the return addresses listed on the articles are often either fictitious or sender names are not associated with the address.

6. This affidavit is made in support of an application for a search warrant on one (1) United States Postal Service Priority Mail parcel (SUBJECT PARCEL). The SUBJECT PARCEL is believed to contain illicit money or drugs as part of a drug trafficking scheme. The SUBJECT PARCEL is described as follows:

    a. A United States Postal Service Priority Mail Parcel Tracking No. **9505515202975063913315**, addressed to "R.J.A"; 466 E Aspen Meadow Ct, SLC, UT 84107 bearing a return address of "AR Workshop"; 1033 B Ave, Ste 101, Coronado, CA 92118, shipped on March 04, 2025, from the San Diego Post Office, California, via the United States Postal Service (USPS) weighing 1 lb, 4 oz with a shipment cost of $19.15.

## BACKGROUND INVESTIGATION

7. On March, 05, 2025, I was conducting interdiction utilizing USPS business record lists of parcels coming into Salt Lake City at a USPS processing facility located in Salt Lake City. I found the SUBJECT PARCEL suspicious due to several characteristics consistent with drug trafficking through the mail and know the address has been under investigation for previous shipments of narcotics.

8. I found the SUBJECT PARCEL return address of "AR Workshop"; 1033 B Ave, Ste 101, Coronado, CA 92118 to be suspicious in nature after checking USPS business records and viewing it has been under investigation for other narcotics shipments. I found from Google Maps and other open-source records that the address is a craft company that does local activities for community members. I checked USPS business records and found the address is not associated with large amounts of shipments. I found the appearance of the box to be suspicious when viewing the handwritten delivery and recipient addresses, heavily taped seams and cash payment for the postage. I know

from my training and experience that most companies do not pay in cash and either have postal accounts to ship items or will pay in the form of some sort of credit or debit card that is somehow associated with the legitimate business. It is also suspicious that a local craft company that does activities for local community members would be shipping something to the State of Utah. I believe the return address that is displayed as a local and somewhat random business is likely false used to conceal the true sender's identity and thwart law enforcement investigations as is common with parcels involved in narcotics trafficking.

9. I reviewed the recipient name and address of "R.J.A"; 466 E Aspen Meadow Ct, SLC, UT 84107 and found it to be suspicious, as the address is known to have received previous narcotics related parcels. I searched USPS business records and found multiple shipments from the Southern California geographical area, all paid in cash addressed there. Based on my training and experience, I know that drug traffickers will often mail multiple parcels to their buyers or may send parcels to paid recipients who receive parcels on behalf of a drug buyer, all delivered to the same address and originating from the same geographical area.

10. I found in USPS business records the SUBJECT PARCEL was paid in cash at the retail counter of the San Diego, California Post Office. Cash payments are often used to pay for shipping by drug traffickers since credit and debit cards can often be traced by law enforcement.

11. I viewed that all the seams of the box were taped over. Based on my training and experience, I know this tactic is used by drug traffickers to attempt to thwart the detection of the odor of controlled substances from trained police K-9's.

12. On March 06, 2025, investigators met with Provo Police Department K-9 Officer Adamson at the Provo City Police Department, Provo, Utah to conduct a drug detection sniff of the SUBJECT PARCEL. Investigators placed four boxes which gave the appearance of being parcels on the ground in a line along with the SUBJECT PARCEL. Investigators did not inform K-9 Officer Adamson which parcel was believed to contain illegal drugs. K-9 Officer Adamson conducted a drug detection sniff of the SUBJECT PARCEL and the other parcels with his K-9 Judge. K-9 Officer Adamson reported that K-9 Judge showed a positive alert on the SUBJECT PARCEL and also an indication to the presence of the odor of illegal narcotics.

13. K-9 Officer Adamson is a certified Peace Officer in the State of Utah and recertified through POST with K-9 Judge on December 10, 2024. K-9 Judge is certified in detecting the presence of methamphetamine, heroin, cocaine, MDMA and mushrooms.

//
//
//
//
//
//
//
//
//
//
//

14. Based on the aforementioned facts, your Affiant believes there is probable cause that the SUBJECT PARCEL described in Paragraph No. 6a contains controlled substances and/or proceeds from the trafficking of controlled substances, or other illegal activities that involve the movement of drugs or currency that would have the smell of drugs, constituting evidence of violations of Title 18, United States Code, Section 1716, Nonmailable Matter, Title 21, United States Code, Sections 841(a)(1), Possession with Intent to Distribute a Controlled Substance, 843(b), Unlawful use of a Communication Facility to Facilitate the Distribution of a Controlled Substance.

_____

Solomon G. Ettinger
USPIS Task Force Officer

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. Rule 41 on this 7th day of March 2025.

_____

HON. JARED C. BENNETT
United States Magistrate Judge

## Attachment A

One (1) Priority Mail parcel tracking number 9505515202975063913315 described as a white in color Medium Flate Rate box measuring approximately 11"x8.5"x5.5" addressed to "R.J.A"; 466 E Aspen Meadow Ct, SLC, UT 84107 bearing a return address of "AR Workshop"; 1033 B Ave, Ste 101, Coronado, CA 92118.

The parcel is being held at the Provo City Police Department, and has been held at the Provo City Police Department since March 6, 2025.

*Parcel image:*

